ADOLPH SIMPSON, JOSEPH SIMPSON and SAMUEL SIMPSON, Copartners, Trading under the Firm Name and Style of SIMPSON BROS., Plaintiffs, Respondents, *v.* CAFE LA VIE, Impleaded with PEEK INN, INC., Defendant, Appellant.

Supreme Court, Appellate Term, First Department, November 13, 1924.

**Contracts — action to recover under contract — burden of showing non-performance is upon party claiming to have performed substantially.**

In an action under a contract the burden of showing the extent of the non-performance is upon the party claiming to have performed substantially.

APPEAL by defendant from a judgment of the Municipal Court of the city of New York, borough of Manhattan, fifth district, in favor of plaintiffs, after trial by the court,

*Samuel J. Siegel,* for the appellant.

*Joseph Rubin,* for the respondents.

*Per Curiam.* The burden of showing the extent of the non-performance was upon the party claiming to have performed substantially. *Spence* v. *Ham,* 163 N. Y. 220.

Judgment reversed and new trial ordered, with thirty dollars costs to appellant to abide the event.

All concur; present, Guy, Bijur and Mullan, JJ.